**FILED**

**October 04, 2011**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003810345

Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9284 Jackson Road
Sacramento, CA 95826
Telephone: (916) 417-4564
Facsimile: (916) 583-7633

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Nancy Joanne Pearson,<br>   Debtor, | ) Case No.: 11-38776-A-7<br>) D.C. Number KAR-1<br>)<br>) <u>DEBTOR'S WITHDRAWL OF MOTION FOR</u><br>) <u>DIRECTION ON DEPOSITION NOTICE AND</u><br>) <u>FOR DAMAGES FOR VIOLATION OF THE</u><br>) <u>AUTOMATIC STAY</u><br>)<br>) Hearing Date: November 7, 2011<br>) Time: 10:00 a.m.<br>) Dept. A<br>) Courtroom 28<br>) Hon. Michael S. McManus |

<u>DEBTOR'S WITHDRAWL OF MOTION FOR DIRECTION ON DEPOSITION NOTICE AND</u>
<u>FOR DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY</u>

  **1.** The Debtor, hereby elects to withdraw the above-captioned Motion set to be heard on

November 7, 2011.

Dated: October 3, 2011

By:      /s/ Kimberlee A. Rode

       Kimberlee A. Rode, Attorney for Debtor

Motion for Application to Employ